United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    Docket Number: CR 09-01027-1 SI |
| | ) |
| OMAR HASAN | ) |
| | ) |

**ORDER FOR MODIFICATION OF SUPERVISED RELEASE**

On January 27, 2012, the parties in this matter appeared before the Court in connection with a pending petition alleging that the offender violated the conditions of his supervised release.

The Court orders that:

1.  The offender shall reside for a period of up to four (4) months,  to commence at the direction of the U.S. Probation Officer, in a Residential Reentry Center, or similar residential facility and shall observe and abide by the rules of that facility.

2.  The Court recommends that the offender participate in the U.S. Probation Office Reentry Court, if accepted into the program.

    ON MOTION OF THE COURT,

Date: _____1/27/12_____

_____
Susan Illston
United States District Judge