STEVE KALAR
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant OMAR HASAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>OMAR HASAN,<br><br>               Defendant.<br>_____ | No. CR-09-01027 SI<br><br>STIPULATION AND P~~ROPOSED~~ ORDER SETTING COURT DATE ON MARCH 22, 2013<br><br>Court: Honorable Susan Illston |

**STIPULATION**

The parties were scheduled to appear before this Court on March 8, 2013 for Omar Hasan to admit the allegations in the Form 12 and to be sentenced. The court moved the court date to March 6, 2013, an appearance for which defense counsel was unavailable. The next available date that the Court and the parties are all available is March 22, 2013 at 11:00 a.m. and thus the

/ /

parties respectfully request that the Court set the matter on that date.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: March 7, 2013                    _____/s/_____
                                        KATHRYN HAUN
                                        Assistant United States Attorney


DATED: March 7, 2013                    _____/s/_____
                                        SHAWN HALBERT
                                        Assistant Federal Public Defender


**[PROPOSED] ORDER**

For the reasons stated above, the Court sets the next court date in this matter on March 22, 2013 at 11:00 a.m.


SO ORDERED.

DATED:____3/11/13_____        _____
                                 THE HONORABLE SUSAN ILLSTON
                                 United States District Judge